1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                IN THE UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:15-MJ-0213 EFB
12 |                      Plaintiff,   | STIPULATION FOR EXTENSION OF TIME FOR
   |                                   | PRELIMINARY HEARING PURSUANT TO RULE
13 |              v.                   | 5.1(d) AND EXCLUSION OF TIME
14 | KAREN MATHEWS DAVIS,              | DATE: November 19, 2015
   |                                   | TIME: 2:00 p.m.
15 |                      Defendant.   | COURT: Hon. Carolyn C. Delaney

16

17        Plaintiff United States of America, by and through its attorney of record, Assistant United States

18 Attorney HEIKO P. COPPOLA, and defendant KAREN MATHEWS DAVIS, both individually and by

19 and through her counsel of record, RANDY THOMAS, hereby stipulate as follows:

20        1.        The Complaint in this case was filed on October 27, 2015, and defendant first appeared

21 before a judicial officer of the Court in which the charges in this case were pending on October 28,

22 2015. The court set a preliminary hearing date of November 19, 2015.

23        2.        By this stipulation, the parties jointly move for an extension of time of the preliminary

24 hearing date to December 18, 2015, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule

25 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to

26 allow the defense reasonable time for preparation, and for the government's continuing investigation of

27 the case. The parties further agree that the interests of justice served by granting this continuance

28 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

   STIPULATION FOR EXTENSION

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between November 19, 2015, and December 18, 2015, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  November 17, 2015                          BENJAMIN B. WAGNER
                                                   United States Attorney


                                                   /s/ HEIKO P. COPPOLA
                                                   HEIKO P. COPPOLA
                                                   Assistant United States Attorney


Dated:  November 17, 2015                          /s/ RANDY THOMAS
                                                   RANDY THOMAS
                                                   Counsel for Defendant
                                                   KAREN MATHEWS DAVIS

STIPULATION FOR EXTENSION

BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-0213 EFB |
|---|---|
| Plaintiff, | [PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| KAREN MATHEWS DAVIS, | |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on November 17, 2015. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to December 18, 2015, at 2:00 p.m.

PROPOSED ORDER

2. The time between November 19, 2015, and December 18, 2015, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:  November 17, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER