1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9               IN THE UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:15-MJ-0213 EFB
12 |                  Plaintiff,        | [PROPOSED] FINDINGS AND ORDER
   |                                    | EXTENDING TIME FOR PRELIMINARY
13 |           v.                       | HEARING PURSUANT TO RULE 5.1(d),
   |                                    | EXCLUDING TIME AND WAIVING TIME FOR
14 | KAREN MATHEWS DAVIS,               | INDICTMENT
15 |                  Defendant.        | DATE: March 9, 2016
                                        | TIME: 2:00 p.m.
16                                      | COURT: Hon. Edmund F. Brennan

17

18      The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19 Pursuant to Rule 5.1(d), Exclusion of Time, and Waiving Time for Indictment filed by the parties in this

20 matter on March 3, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by

21 reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing

22 date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

23      Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24 of justice served by granting this continuance outweigh the best interests of the public and the defendant

25 in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26 not adversely affect the public interest in the prompt disposition of criminal cases.

27      THEREFORE, FOR GOOD CAUSE SHOWN:

28      1. The date of the preliminary hearing is extended to April 28, 2016, at 2:00 p.m.

PROPOSED ORDER

2. The time between March 9, 2016, and April 28, 2016, shall be excluded from calculation of speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv)(Local Code T-4).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

4. The defendant has waived being charged by information or indictment within thirty (30) days of arrest pursuant to 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

Dated:   March 2, 2016

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER