1  BENJAMIN B. WAGNER
United States Attorney
2  HEIKO P. COPPOLA
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         CASE NO. 2:15-MJ-0213 EFB

12 |                    Plaintiff,     [~~PROPOSED~~] FINDINGS AND ORDER
                                       EXTENDING TIME FOR PRELIMINARY
13 |         v.                        HEARING PURSUANT TO RULE 5.1(d),
                                       EXCLUDING TIME AND WAIVING TIME FOR
14 | KAREN MATHEWS DAVIS,              INDICTMENT

15 |                    Defendant.     DATE: April 28, 2016
                                       TIME: 2:00 p.m.
16 |                                   COURT: Hon. Edmund F. Brennan

17

18   The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

19  Pursuant to Rule 5.1(d), Exclusion of Time, and Waiving Time for Indictment filed by the parties in this

20  matter on April 22, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by

21  reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing

22  date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

23   Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

24  of justice served by granting this continuance outweigh the best interests of the public and the defendant

25  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

26  not adversely affect the public interest in the prompt disposition of criminal cases.

27   THEREFORE, FOR GOOD CAUSE SHOWN:

28   1. The date of the preliminary hearing is extended to July 1, 2016, at 2:00 p.m.

~~PROPOSED~~ ORDER

2. The time between April 28, 2016, and July 1, 2016, shall be excluded from calculation of speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv)(Local Code T-4).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

4. The defendant has waived being charged by information or indictment within thirty (30) days of arrest pursuant to 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

Dated:   April 25, 2016

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER