PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-0213 EFB |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d), EXCLUSION OF TIME AND WAIVING TIME FOR INDICTMENT |
| v. | |
| KAREN MATHEWS DAVIS, | |
| Defendant. | DATE: October 28, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Kendall J. Newman |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney HEIKO P. COPPOLA, and defendant KAREN MATHEWS DAVIS, both individually and by and through her counsel of record, RANDY THOMAS, hereby stipulate as follows:

1. The Complaint in this case was filed on October 27, 2015, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on October 28, 2015. By prior stipulation, this court set a preliminary hearing date of October 28, 2016.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to December 16, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

STIPULATION FOR EXTENSION

3. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Defense counsel will need additional time to review, perform investigation and discuss with the defendant the approximately 282 pages of discovery as well as 6 CDs containing video recordings initially provided by the government on January 27, 2016. The United States re-provided 5 CD's because of formatting/encryption issues on February 26, 2016. In addition, the defendant has also experienced significant and continuing health issues since her initial appearance before the Court. These health issues have made it more difficult for defendant to participate in and assist defense counsel in preparing this matter. On August 10, 2016, the defendant had surgery to implant a peripheral nerve stimulator. According to the defendant's surgeon, the recovery time for this procedure was between 6 and 8 weeks and the defendant could not participate in court proceedings. Email communications between the defendant and her doctor provided by defense counsel indicate that this surgery was not successful in alleviating the defendant's pain and that the defendant's pain level is worse than prior to the surgery. Defense counsel believes that the defendant will most likely have another surgery to remove the device when her surgeon returns from abroad. Defense counsel also indicated that the defendant has been unable to meet with him regarding this case because of this issue and he does not believe she can presently attend court. Because of this, defense counsel necessarily needs additional time for preparation and investigation. Therefore, the parties request that the time between October 28, 2016, and December 16, 2016, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4. Time should also be excluded under 18 U.S.C. § 3161(h)(4) (Local Code M) for the defendant's physical inability to attend Court.

///
///
///
///
///
///
///

STIPULATION FOR EXTENSION

1     4.    The defendant specifically waives being charged by information or indictment within thirty (30) days of her arrest pursuant to 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated: October 25, 2016                PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        /s/ HEIKO P. COPPOLA
                                        HEIKO P. COPPOLA
                                        Assistant United States Attorney

Dated: October 25, 2016                /s/ RANDY THOMAS
                                        RANDY THOMAS
                                        Counsel for Defendant
                                        KAREN MATHEWS DAVIS

STIPULATION FOR EXTENSION

PHILLIP A. TALBERT
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAREN MATHEWS DAVIS,<br><br>Defendant. | CASE NO.  2:15-MJ-0213 EFB<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d), EXCLUDING TIME AND WAIVING TIME FOR INDICTMENT<br><br>DATE: October 28, 2016<br>TIME: 2:00 p.m.<br>COURT: Hon. Kendall J. Newman |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d), Exclusion of Time, and Waiving Time for Indictment filed by the parties in this matter on October 25, 2016.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to December 16, 2016, at 2:00 p.m.

2. The time between October 28, 2016, and December 16, 2016, shall be excluded from

PROPOSED ORDER

calculation of speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv)(Local Code T-4) and pursuant to 18 U.S.C. § 3161(h)(4) (Local Code M).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

4. The defendant has waived being charged by information or indictment within thirty (30) days of arrest pursuant to 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

Dated:  October 25, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER